IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIE C. SIMPSON,

    Plaintiff,

v.

RICK RAEMISCH, CYNTHIA THORPE,
JANEL NICKEL, PETER ERICKSEN,
STEVEN SCHMIDT, JANE LAGORE,
WILLIAM POLLARD, MICHAEL SCHULTZ,
SARAH COOPER and DAVID LONGSINE

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-153-bbc

This action came before the court and a jury with District Judge Barbara B. Crabb presiding. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants Rick Raemisch, Cynthia Thorpe, Janel Nickel, Peter Ericksen, Steven Schmidt, Jane Lagore, William Pollard, Michael Schultz, Sarah Copper and David Longsine dismissing this case.

Approved as to form this __26th__ day of July, 2011.

_Barbara B. Crabb_
BARBARA B. CRABB,
DISTRICT JUDGE

_Peter Oppeneer_
Peter Oppeneer, Clerk of Court

JUL 28 2011
Date